

FEB 16 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Robert Allan Peterson
(Name of Plaintiff)
651 I St
(Address of Plaintiff)
SAC, CA, 95814

vs.

County of SACRamento, & SGt. Cully, & Nathan Burnette, & Matthew Deaux

(Names of Defendants)

2:04 CV 2226 LKK GGH P
(Case Number)

Amended COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☒ Yes   ☐ No

    B. If your answer to A is yes, how many?: ___1___  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

       1. Parties to this previous lawsuit:

       Plaintiff  Robert Allan Peterson

       Defendants  SAC. COUNTY, & SGt. DeWante, & Lt. Powell, & A. Tedford, & J. Kearsing, & Britton.

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983           Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County) __The Eastern district of California__

3. Docket Number __CIV-04-2345 FCD GGH-P__

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? (Is it still pending?))
_____

6. Approximate date of filing lawsuit __Nov. 2, 2004__

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☒ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                      ☒ Yes    ☐ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?                             ☐ Yes    ☒ No
      __I never got my grievance Back!__

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant __Nathan Burnette__ is employed as __a sheriff Deputy #910__ at __SAC. County Main Jail__

   B. Additional defendants __M. Deaux - a SAC. County sheriff # 1369 at sac. county main Jail, - & SGt. Cully - a SAC. County sheriff SGt. at sac. county main Jail and the county of sacramento.__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Attached

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like compensation for my future medical conditions that I've Been Recieving here on after since the incident occured. I've Been experiencing serious pain in my shoulders and lower Back as well as slight pain in my neck. I also get frequent headaches. I have been throw serious pain and suffering since the incident and I would like the courts to hand down discipline on the officers involved. I Also would like compensation for the humiliation I have been throw for having a huge scare on the left side of my head above my forehead. Thank you.

Signed this 12 day of February, 20 05.

Robert Allan Peterson
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

2-12-05
(Date)

Robert Allan Peterson
(Signature of Plaintiff)

On 4-20-04 at 1915 hrs. I (Robert Allan Peterson) was Brutally assaulted by deputy Burnette and deputy Deaux of SAC. county main Jail in my cell on 8w cell #319. Deputy Burnette and deputy Deaux came to my cell after me and deputy Burnette just exchanged a few negitive words to each other over the cell intercom speaker. After deputy Deaux opened the cell door, he then stood to the right of the door and deputy Burnette immediately came into the cell straight at me with his fist clenched and started to assault me. Deputy Burnette put me in a head lock with his left arm and began to punch me in the top of my head with his right fist. Then he hit me over the head with his mini black flashlight that split my head open. I had to get 3 staples in my head for the one inch cut I recieved from that blow. After, while I was in handcuffs on the ground in the prone position deputy Burnette kicked me in my privite part between my legs. Also, while in the same position deputy Burnette tried to sucker punch me in the face, But I seen it coming and ducted my head down and his punch hit my cut that had stopped Bleeding causing it to start bleeding again. Deputy Deaux hurt my shoulders, lower back, and nesk. While I was on the ground hand cuffed in the prone position deputy Deaux dropped a knee into my lower back. He then started to pull upwards on my arms that are hand-cuffed behind my back causing my shoulders to hurt and for me to lose my breath. When escorted to the classroom on 8w from my cell by deputy Deaux, he slammed me left shoulder first into the 300 pod door to open it. When we got into the classroom deputy Deaux tripped me and used a little force to slam me into the ground causing my left shoulder and face to hit the ground first SGT. Cully is a defendant because she was the supervisor of the 2 officers involved and she didn't do her Job in supervising these officers cause they clearly did what they did to me cause they know they could get away with it with their SGT. SACRAMENTO is a defendant because all the officers involved worked for SACRAMENTO COUNTY, and the above acts took place while defendants were in the course and scope of county employment. Also, I was denied immediate medical treatment for my injuries. I didn't get medical treatment for my cut and concussion from being hit over the head with a flashlight for (I estimate) about 40 minutes, I sat in the 8west classroom handcuffed with my cut bleeding all over my face dripping from my chin. My eighth Amendment was violated. I have pictures of my injuries, and witneses. I declare under penalty of perjury that the foregoing is true and correct. — Robert Allan Peterson —   2-12-05