IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

    Plaintiff,                     No. CIV S-04-2226 LKK GGH P

   vs.

NATHAN BURNETTE, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, the court recommends that the claims against defendant Sacramento County contained in the amended complaint filed February 16, 2005, be dismissed.

        On March 3, 2005, the court found that plaintiff's amended complaint filed February 16, 2005, stated a cognizable claim for relief against defendants Burnette and Deux. The court separately recommended that the claims against defendant Sacramento County be dismissed. In particular, the court found that plaintiff did not allege that he was injured pursuant to a municipal policy.

/////

/////

/////

1

On March 9, 2005, plaintiff filed objections to the findings and recommendations. Plaintiff alleged that he was injured pursuant to a municipal policy. Because it appeared that plaintiff could cure the pleading defects against defendant Sacramento County, on March 29, 2005, the court vacated the findings and recommendations and granted plaintiff thirty days to file a second amended complaint.

On April 27, 2005, plaintiff filed a second amended complaint naming as defendants Officers Burnette and Deaux and Sacramento County. However, the second amended complaint includes no allegations against defendants Burnette and Deaux. Rather, the second amended complaint contains allegations regarding an incident involving different correctional officers. Because the second amended complaint concerns events unrelated to those alleged in the first amended complaint, the court has concurrently issued an order dismissing the second amended complaint and reinstating the first amended complaint. The court has also ordered service of defendants Burnette and Deaux. For the reasons stated in the March 3, 2005, findings and recommendations, the court against recommends dismissal of defendant Sacramento County. Granting plaintiff another opportunity to amend his complaint will further delay resolution of this action.

Accordingly, IT IS HEREBY RECOMMENDED that the claims against defendant Sacramento County contained in the February 16, 2005, amended complaint be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

/////

/////

/////

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

3  F.2d 1153 (9th Cir. 1991).

4  DATED:   6/14/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
pet2226.dis