IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

    Plaintiff,                        No. CIV S-04-2226 LKK GGH P

    vs.

NATHAN BURNETTE, et al.,

    Defendants.                 ORDER

_____/

        On March 3, 2005, the court found that plaintiff's amended complaint filed February 16, 2005, stated a cognizable claim for relief against defendants Burnette and Deux. The court separately recommended that the claims against defendant Sacramento County be dismissed. In particular, the court found that plaintiff did not allege that he was injured pursuant to a municipal policy.

        On March 9, 2005, plaintiff filed objections to the findings and recommendations. Plaintiff alleged that he was injured pursuant to a municipal policy. Because it appeared that plaintiff could cure the pleading defects against defendant Sacramento County, on March 29, 2005, the court vacated the findings and recommendations and granted plaintiff thirty days to file a second amended complaint.

        On April 27, 2005, plaintiff filed a second amended complaint naming as

1

defendants Officers Burnette and Deaux and Sacramento County.  However, the second amended complaint includes no allegations against defendants Burnette and Deaux.  Rather, the second amended complaint contains allegations regarding an incident involving different correctional officers.  Because the second amended complaint concerns events unrelated to those alleged in the first amended complaint, the court will dismiss the second amended complaint and reinstate the first amended complaint and order service of defendants Burnette and Deaux.  The court will again recommend that the claims against defendant Sacramento County be dismissed.

On March 16, 2005, plaintiff submitted documents necessary to effect service of the first amended complaint.  Because the court cannot locate these documents, plaintiff is ordered to resubmit them.

Accordingly, IT IS HEREBY ORDERED that:

1. The second amended complaint filed April 27, 2005, is vacated;

2. The amended complaint filed February 16, 2005, is reinstated;

3. Service is appropriate for the following defendants: Burnette and Deaux.

4. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 16, 2005.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Three copies of the endorsed amended complaint filed February 16, 2005.

6. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States

Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 6/14/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
pet2226.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

      Plaintiff,                        No. CIV S-04-2226 LKK GGH P

    vs.

NATHAN BURNETTE, et al.,          NOTICE OF SUBMISSION

      Defendants.                OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _1_    completed summons form

      _2_    completed USM-285 forms

      _3_    copies of the _____
                                Complaint/Amended Complaint

DATED:

_____
Plaintiff