UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

        Plaintiff,

   v.

NATHAN BURNETTE, et al.,

        Defendants.

                                             /

NO. CIV. S-04-2226 LKK/GGH P

O R D E R

    On June 14, 2005, the magistrate judge in the above-captioned case recommended dismissal of defendant Sacramento County because plaintiff's second amended complaint naming officers Burnette and Deaux and Sacramento County contained no allegations against defendants Burnette and Deaux. On June 22, 2005, plaintiff filed objections to the magistrate judge's findings and recommendations explaining that he may have made a mistake in filing his amended complaint because he has two cases filed with the court. Plaintiff attaches the second amended complaint he intended to file with this court in the suit against defendants

1

1 Burnette, Deaux, and the County of Sacramento.[1]  It appears from
2 this court's examination of the docket that plaintiff indeed
3 mistakenly failed to file the correct amended complaint with the
4 court.  Accordingly, the court hereby ORDERS that:
5     1.  The Clerk of the Court is directed to file the amended
6 complaint attached to plaintiff's objections in Case No. CIV. S-04-
7 2226 LKK/GGH, as this complaint will be deemed the amended
8 complaint.
9     2.  The Clerk of the Court is directed to serve defendants
10 Burnette, Deaux and the County of Sacramento with this amended
11 complaint.
12     3.  This matter is remanded to the magistrate judge for
13 further proceedings consistent with this order.
14     IT IS SO ORDERED.
15     DATED:  August 15, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] In the amended complaint that plaintiff attached to his objections and which he meant to file with the court, there are indeed allegations against Defendants Burnette, Deaux and the County of Sacramento.

2