UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

        NO. CIV. S-04-2226 LKK/GGH P

    Plaintiff,

  v.                        O R D E R

NATHAN BURNETTE, et al.,

    Defendants.
_____/

    On August 16, 2005, the court issued an order in the above-captioned case directing the Clerk of the Court to serve defendants with the amended complaint.  The court amends 2:9-13 of that order and instead inserts the following language:

    2.  The matter is remanded to the magistrate judge for further proceedings consistent with this order.  The magistrate judge is directed to serve the amended complaint on defendants Burnette, Deaux, and the County of Sacramento.

    IT IS SO ORDERED.

    DATED: August 16, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT