IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

    Plaintiff,                    No. CIV S-04-2226 LKK GGH P

    vs.

A. TEDFORD, et al.,

    Defendants.           <u>ORDER</u>

_____/

        On August 23, 2005, plaintiff filed a letter with the court stating that jail officials continue to forward money to the court from his trust account even though the filing fee has been paid. Court records indicate that as of August 26, 2005, plaintiff had paid $133 toward the $150 filing fee. Because plaintiff still owes $13 toward the filing fee, his request for an order directing jail officials to stop withdrawing money from his trust account is denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 23, 2005, request for an order directing jail officials to stop withdrawing money from his trust account is denied.

DATED: 10/4/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

pet2226.if

1