IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

    Plaintiff,                    No. CIV S-04-2226 LKK GGH P

   vs.

NATHAN BURNETTE, et al.,

    Defendants.             ORDER

_____/

       On August 8, 2005, this court ordered the United States Marshal to serve defendants with the amended complaint filed February 16, 2005. On October 4, 2005, defendants Burnette, Deaux and Sacramento County filed an answer to the February 16, 2005, amended complaint.

       On August 16, 2005, the Honorable Lawrence K. Karlton directed the undersigned to order defendants to file a response to the amended complaint filed June 22, 2005.

/////

/////

/////

/////

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants Burnette, Deaux and Sacramento County shall file a response to the amended complaint filed June 22, 2005.

DATED: 10/26/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
pet2226.am

2