IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALLAN PETERSON,

       Plaintiff,                      No. CIV S-04-2226 LKK GGH P

   vs.

A. TEDFORD, et al.,

       Defendants.           <u>ORDER</u>

_____/

        On May 18, 2006, plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. On May 19, 2006, defendants filed a notice of non-objection to plaintiff's request for dismissal. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored, and the case is dismissed.

        Accordingly, IT IS HEREBY ORDERED that the Clerk close this action.

DATED: 6/28/06

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:bb
pete2226.59